UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal Nos. 04-00176 (SRC) |
| MATTHEW MCKENNA | : | ORDER DISMISSING PETITION FOR VIOLATION OF SUPERVISED RELEASE |

THIS MATTER having been briefed by the parties, Assistant United States Attorney, Patrick Askin and Assistant Federal Public Defender, Peter Carter for Mr. McKenna appearing; and for good cause shown

IT IS, on this 24 day of October, 2011;

ORDERED that the pending petition for a violation of supervised release be dismissed.

_____
STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

1